(Reap. Dec. 9296)

GENERAL PRINTING CORPORATION *v.* UNITED STATES

Entry No. 6351.

(Decided January 20, 1959)

*John C. Ray* for the plaintiff.
*George Cochran Doub*, Assistant Attorney General, for the defendant.

OLIVER, Chief Judge: This appeal for reappraisement relates to an automatic chip mounting machine that was exported from Canada and entered at the port of Detroit.

Stipulated facts, upon which the case has been submitted, establish that the proper basis for appraisement of the machine in question is export value, as defined in section 402(d) of the Tariff Act of 1930, and that such statutory value for the merchandise is $7,000, and I so hold. Judgment will be rendered accordingly.